UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEROME LE' ROY ALLEN,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO COUNTY JAIL, et al.,<br><br>         Defendants.<br>                                                          / | No. C 12-3427 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: October 25, 2012.

                                                                    
                                   PHYLLIS J. HAMILTON
                                   United States District Judge

G:\PRO-SE\PJH\CR.12\Allen3427.dsm.wpd